UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 25-2726 (DSD/DJF)

Julie T.,

       Plaintiff,

v.                                                      **ORDER**

Frank Bisignano, Commissioner
of Social Security,

       Defendant.


This matter is before the court upon the March 16, 2026, report and recommendation of United States Magistrate Judge Dulce J. Foster (R&R). Neither party has objected to the R&R in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that:**

1.    The R&R [ECF No. 18] is adopted in its entirety;

2.    Plaintiff's motion [ECF No. 9] is denied;

3.    The Commissioner's motion [ECF No. 16] is granted; and

4.    This matter is dismissed with prejudice

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: April 6, 2026

                                     s/*Paul A. Magnuson* for
                                     David S. Doty, Judge
                                   United States District Court